440 F.2d 1064
 Veronica FOLDI, wife of and George Foldi, Plaintiffs-Appellants,
v.
ARGONAUT INSURANCE COMPANY, Defendant-Appellee.
No. 31021 Summary Calendar.*
*Rule 18, 5th Cir.; see Isbell Enterprises
v.
Citizens Casualty Co. of N.Y., 431 F.2d 409, Part I (5th Cir. 1970).
 United States Court of Appeals, Fifth Circuit.
 April 1, 1971, Rehearing Denied April 22, 1971.
 
 Ronald Tanet, of Silvers & Tanet, New Orleans, La., for appellants.
 Henry B. Alsobrook, Jr., of Adams & Reese, New Orleans, La., for appellee.
 Appeal from the United States District Court for the Eastern District of Louisiana; Frederick J. R. Heebe, Judge.
 Before THORNBERRY, MORGAN and CLARK, Circuit Judges.
 PER CURIAM:
 
 
 1
 Affirmed. See Fifth Circuit Rule 21.[1] Also see Hyler v. Reynolds Metal Co., 434 F.2d 1064 (5th Cir. 1970).
 
 
 
 [1]
 See NLRB v. Amalgamated Clothing Workers of America, 430 F.2d 966 (5th Cir. 1970)